1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-Mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Gena Nichols

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GENA NICHOLS, | CASE NO. CV-18-02381-SP |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND SEVEN-HUNDRED EIGHTY-TWO DOLLARS and FORTY-SIX CENTS ($5,782.46), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS, ($400.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: February 1, 2019

_____
UNITED STATES MAGISTRATE JUDGE

1